COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-177-CV

 

 

IN RE LEONARD R. DORSETT                                                   RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator's petition for writ of mandamus and is of the
opinion that relief should be denied. 
Accordingly, relator's petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL A: DAUPHINOT, J.; CAYCE, C.J.; and GARDNER,
J.

 

DELIVERED: May 25, 2006











    [1]See
Tex. R. App. P. 47.4.